In the Matter of the Probate of the Last Will and Testament of LORENZA M. SHELDON, Deceased.

SOLEMNUS D. SEAMANS, Appellant; TRUMAN H. DAY, Respondent.

(Argued December 19, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 13, 1892, which affirmed a decree of the Surrogate's Court of Madison county admitting to probate the will of Lorenza M. Sheldon, deceased.

*H. J. Cookingham* for appellant.

*Joseph Mann* and *Charles E. Smith* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

---

JOHN L. GROSS, Respondent, *v.* WILLIAM L. MOORE, as Administrator, etc., Appellant.

(Argued December 19, 1893; decided January 16, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday of May, 1893, which overruled defendant's exceptions, denied a motion for a new trial and ordered judgment in favor of the plaintiff upon decision of the court on trial at Special Term.

*Herbert Kettell* for appellant.

*Cephas Brainerd, Jr.,* for respondent.

Agree to affirm on opinion of General Term.*
All concur, except BARTLETT, J., not sitting.
Order affirmed and judgment accordingly.

* 68 Hun, 412.